UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff-Intervenor

*ex rel.*
DWAYNE THORNTON,

   Relator,

v.              Case No. 8:15-cv-2647-T-36-JSS

BRAD LONG, FRANK DESTEFANO,
CV MCDOWELL, LLC, J&J TEL
MARKETING, LLC, JACK L. STAPLETON,
and JACK H. STAPLETON

   Defendants.
_____/

UNITED STATES OF AMERICA,

   Plaintiff

*ex rel.*
DWAYNE THORNTON,

   Relator,

v.              Case No. 8:15-cv-2647-T-36-JSS

NATIONAL COMPOUNDING COMPANY,
INC., FORT MYERS BEACH PHARMACY
HOLDINGS, LLC, FORT MYERS BEACH
PHARMACY, LLC, SOOTHE ENTERPRISES,
LLC, SOOTHE PERSONALIZED NUTRITION,
LLC, SOOTHE PHARMACY, INC., SOOTHE
COMPOUNDING PHARMACY, SOOTHE
PERSONALIZED RX, SOOTHE NUTRITION
AND SUPPLEMENTS, SOOTHE PHARMACY,
SOOTHE PERSONALIZED HEALTH &

NUTRITION, FRANK DESTEFANO,
BRAD LONG, C.V. MCDOWELL MEDICAL,
INC., C.V. MCDOWELL, LLC, MCDOWELL
COMPANIES, INC., JACK L. STAPLETON,
JACK H. STAPLETON, GREAT WHITE SHARK
OPPORTUNITY FUND, L.P., GREAT WHITE
SHARK OPPORTUNITY FUND MANAGEMENT,
LLC, ROBUSTO ENTERPRISES,LLC, and
EDUARDO "EDDIE" LOPEZ,

               Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL AS TO DEFENDANTS BRAD LONG, FRANK DESTEFANO, NATIONAL COMPOUNDING COMPANY, INC., FORT MYERS BEACH PHARMACY HOLDINGS, LLC, FORT MYERS BEACH PHARMACY, LLC, SOOTHE ENTERPRISES, LLC, SOOTHE PERSONALIZED NUTRITION, LLC, SOOTHE PHARMACY, INC., SOOTHE COMPOUNDING PHARMACY, SOOTHE PERSONALIZED RX, SOOTHE NUTRITION AND SUPPLEMENTS, SOOTHE PHARMACY, AND SOOTHE PERSONALIZED HEALTH & NUTRITION**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1), and in accordance with the terms of the Settlement Agreement effective as of November 20, 2019, that has been reached among the United States, Relator Dwayne Thornton, and Defendants Brad Long and Frank DeStefano (the "Settlement Parties"), the Settlement Parties, through their undersigned counsel, hereby stipulate to the dismissal of the following defendants from this action: Brad Long, Frank DeStefano, National Compounding Company, Inc., Fort Myers Beach Pharmacy Holdings, LLC, Fort Myers Beach Pharmacy, LLC, Soothe Enterprises, LLC, Soothe Personalized Nutrition, LLC, Soothe Pharmacy, Inc., Soothe Compounding Pharmacy, Soothe Personalized Rx, Soothe Nutrition and Supplements, Soothe Pharmacy, and Soothe Personalized Health & Nutrition.

    In accordance with the Settlement Agreement, such dismissal shall be:

    (1) with prejudice to the Relator;

(2) with prejudice to the United States only as to Defendants Long and DeStefano, and only as to the allegations described in the United States' Complaint in Partial Intervention and Paragraph F of the Settlement Agreement; and

(3) otherwise without prejudice to the United States.

Dismissal of theses claims shall be subject to the terms and conditions of the Settlement Agreement. The Settlement Parties agree that the United States District Court for the Middle District of Florida shall have continuing jurisdiction to enforce the Settlement Agreement.

The Settlement Agreement does not resolve any claims Relator may have under 31 U.S.C. § 3730(d), whether against the United States for a share of the proceeds of the Settlement Agreement or against these settling defendants for expenses, fees, or costs. Any claims Relator may have pursuant to 31 U.S.C. § 3730(d) shall not be dismissed.

The Parties respectfully request that the Court enter an order in the form of the attached, proposed order. (The United States has submitted the proposed order in PDF format but can provide a version in MS Word if the Court requires.)

Respectfully submitted this 9th day of December, 2019.

JOSEPH H. HUNT
Assistant Attorney General

MARIA CHAPA LOPEZ
United States Attorney

By: */s/ Charles T. Harden*
CHARLES T. HARDEN III
Assistant United States Attorney
Florida Bar No. 97934
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Tel: (813) 301-3075
Fax: (813) 274-6200
Email: Charles.Harden@usdoj.gov

*/s/David K. Colapinto*
David K. Colapinto
(Admitted *Pro Hac Vice*)
Kohn, Kohn & Colapinto, LLP
3233 P Street NW
Washington, DC 20007
Tel: 202.342.6980
Fax: 202.342.6984
dc@kkc.com

Anthony C. Munter
(Admitted *Pro Hac Vice*)
Price Benowitz, LLP
409 7th Street NW
Suite 200

*/s/ Nathan P. Green*
ANDY J. MAO
JAMIE A. YAVELBERG
NATHAN P. GREEN
Attorneys, Civil Division
Commercial Litigation Branch
Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-3669
Nathan.P.Green@usdoj.gov

*Counsel for the United States*

*/s/ Oliver Benton Curtis III*
Oliver Benton Curtis III, Esq.
Florida Bar No. 118156
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, FL 33131
Telephone: (305) 329-4442
bcurtis@broadandcassel.com

Sara M. Klco, Esq.
Florida Bar No. 060358
NELSON MULLINS BROAD AND CASSEL
2 S. Biscayne Boulevard – 21st Floor
Miami, FL 33131
Telephone: (305) 373-9400
Fax: (305) 373-9443
sklco@broadandcassel.com

*Counsel for Defendants Brad Long, Frank DeStefano, National Compounding Company, Inc., Fort Myers Beach Pharmacy Holdings, LLC, Fort Myers Beach Pharmacy, LLC, Soothe Enterprises, LLC, Soothe Personalized Nutrition, LLC, Soothe Pharmacy, Inc., Soothe Compounding Pharmacy, Soothe Personalized Rx, Soothe Nutrition and Supplements, Soothe Pharmacy, and Soothe Personalized Health & Nutrition*

Washington, DC 20004
Tel: 202.417.6000
Fax: 202.664.1331
tony@pricebenowitz.com

Charles C. Campbell (84927)
Campbell Law, PA
4106 N US Highway 1
Melbourne, FL 32935-4821
Tel: 407.900.4004
Fax: 407.477.4144
charles@campbellpa.com

*Counsel for Relator Dwayne Thornton*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on December 9, 2019, I filed the foregoing document using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: */s Charles T. Harden III*
CHARLES T. HARDEN III
Assistant United States Attorney