UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor

*ex rel.*
DWAYNE THORNTON,

        Relator,

        v.          Case No. 8:15-cv-2647-T-36-JSS

BRAD LONG, FRANK DESTEFANO,
CV MCDOWELL, LLC, J&J TEL
MARKETING, LLC, JACK L. STAPLETON,
and JACK H. STAPLETON

        Defendants.
_____/

UNITED STATES OF AMERICA,

        Plaintiff

*ex rel.*
DWAYNE THORNTON,

        Relator,

        v.          Case No. 8:15-cv-2647-T-36-JSS

NATIONAL COMPOUNDING COMPANY,
INC., FORT MYERS BEACH PHARMACY
HOLDINGS, LLC, FORT MYERS BEACH
PHARMACY, LLC, SOOTHE ENTERPRISES,
LLC, SOOTHE PERSONALIZED NUTRITION,
LLC, SOOTHE PHARMACY, INC., SOOTHE
COMPOUNDING PHARMACY, SOOTHE
PERSONALIZED RX, SOOTHE NUTRITION
AND SUPPLEMENTS, SOOTHE PHARMACY,
SOOTHE PERSONALIZED HEALTH &

NUTRITION, FRANK DESTEFANO,
BRAD LONG, C.V. MCDOWELL MEDICAL,
INC., C.V. MCDOWELL, LLC, MCDOWELL
COMPANIES, INC., JACK L. STAPLETON,
JACK H. STAPLETON, GREAT WHITE SHARK
OPPORTUNITY FUND, L.P., GREAT WHITE
SHARK OPPORTUNITY FUND MANAGEMENT,
LLC, ROBUSTO ENTERPRISES,LLC, and
EDUARDO "EDDIE" LOPEZ,

        Defendants.
_____/

## ORDER

Having considered the Joint Stipulation of Dismissal submitted by the United States, Relator Dwayne Thornton, and Defendants Brad Long and Frank DeStefano, pursuant to Federal Rule of Civil Procedure 41(a)(1), and consistent with the terms and conditions of the November 20, 2019, Settlement Agreement between the United States, Relator, and Defendants Long and DeStefano (the "Settlement Agreement"), the Court hereby **ORDERS** as follows:

1. Subject to the terms and conditions of the Settlement Agreement, all claims against Defendants Brad Long, Frank DeStefano, National Compounding Company, Inc., Fort Myers Beach Pharmacy Holdings, LLC, Fort Myers Beach Pharmacy, LLC, Soothe Enterprises, LLC, Soothe Personalized Nutrition, LLC, Soothe Pharmacy, Inc., Soothe Compounding Pharmacy, Soothe Personalized Rx, Soothe Nutrition and Supplements, Soothe Pharmacy, and Soothe Personalized Health & Nutrition are **DISMISSED** from this action.

2. Subject to the terms and conditions of the Settlement Agreement, such dismissal shall be:

   a. **WITH PREJUDICE** to the Relator,

b. **WITH PREJUDICE** to the United States only as to Defendants Brad Long and Frank DeStefano, and only as to the claims alleged in the United States' Complaint in Partial Intervention, and

c. otherwise **WITHOUT PREJUDICE** to the United States.

3. Any claims Relator may have under 31 U.S.C. § 3730(d), whether against the United States for a share of the proceeds of the Settlement Agreement or against the Defendants for expenses, fees, or costs, are not dismissed.

4. The Court shall have continuing jurisdiction to enforce the Settlement Agreement.

**DONE AND ORDERED** in Tampa, Florida, this _____ day of _____, 2019.

_____
**CHARLENE EDWARDS HONEYWELL**
**UNITED STATES DISTRICT JUDGE**